BEFORE THE SECOND DIVISION, AUGUST 12, 1946

**No. 51264.**—Protest 58415–K of Siegfried & Co. (Seattle).

Opinion by Kincheloe, J.  On the authority of *Coty* v. *United States* (54 Treas. Dec. 347, T. D. 43030), the merchandise represented by exhibit 1 was held to be dutiable as claimed by the plaintiff.  The protest was overruled as to the merchandise covered by exhibit 4 since said exhibit consists of a paper bag and was properly classified as a manufacture of paper.